IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MORGAN STANLEY SMITH BARNEY, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff(s) <br><br> vs. <br><br> CITIZENS BANK OF ADA, an Oklahoma Chartered Banking Institution, <br><br> Defendant(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. CIV-12-109-JHP <br> ) <br> ) <br> ) <br> ) <br> ) |

## ADMINISTRATIVE CLOSING ORDER

The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action as to all claims is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(2) subject to the conditions set forth herein. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary. **This Administrative Closing Order shall mature into a final judgment pursuant to Fed.R.Civ.P. 54 and Fed.R.Civ.P. 58, if the parties fail to submit final closing papers within twenty (20) days from the date of this order.**

Dated this 4th day of December, 2012.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma